1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5



FILED

MAR 1 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ) | CASE NO. 1:13MJ55 SKO |
| Plaintiff, ) | |
| ) | ORDER TO UNSEAL |
| v. ) | COMPLAINT |
| ) | |
| JENNIFER LORRAINE COLEMAN, ) | |
| Defendant. ) | |

This Criminal Complaint, Arrest Warrant and Application was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to JENNIFER LORRAINE COLEMAN, and be made public record.

DATED: 3/14/13

_____
BARBARA A. McAULIFFE  0. Austin
U.S. Magistrate Judge